1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JANAKI GANDHI (CABN 272246)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7050
7       Facsimile: (415) 436-7234
        E-Mail: janaki.gandhi@usdoj.gov
8
   Attorneys for the United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )    No. CR 13-0318 RS
14                                  )
        Plaintiff,                  )
15                                  )
        v.                          )    **STIPULATION AND [PROPOSED]**
16                                  )    **ORDER EXCLUDING TIME UNDER 18**
   JAIME VICENTE CABALLERO,         )    **U.S.C. § 3161**
17                                  )
        Defendant.                  )
18  _____)

19

20      On May 28, 2013, the parties in this case appeared before the Court. At that time, the

21 Court set the matter to June 25, 2013. The parties have agreed to exclude the period of time

22 between May 28, 2013 and June 25, 2013 from any time limits applicable under 18 U.S.C.

23 § 3161. The parties represented that granting the exclusion would allow the reasonable time

24 necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

25 also agree that the ends of justice served by granting such an exclusion of time outweigh the best

26 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

27 //

28 //

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-0318 RS

1  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

                                                  MELINDA HAAG
                                                  United States Attorney

DATED: May 28, 2013            _____/s/_____
                                                  JANAKI GANDHI
                                                  Special Assistant United States Attorney

DATED: May 28, 2013            _____/s/_____
                                                  JODI LINKER
                                                  Attorney for Defendant Jaime Vicente Caballero

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 13-0318 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the May 28, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from May 28, 2013 and June 25, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/29/13

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge